IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:08CV193 |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **$321,590.00 in United States Currency,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     **IT IS ORDERED** that the Clerk shall strike the Audio Files [37], [38] and [39] for the reason that a court reporter was reporting the bench trial.

     DATED this 13th day of March, 2009.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          United States Magistrate Judge