# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-2908
_____

United States of America,

Plaintiff - Appellee

v.

$321,590.00 in United States Currency,

Defendant

Ruchin Patel,

Claimant - Appellant

_____

Appeal from District of Nebraska - Omaha
(8:08-cv-00193-TDT)
_____

## JUDGMENT

Appellant has not responded to the court's order entered October 21, 2009. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

November 12, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans