# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-2908

United States of America,

Appellee

v.

$321,590.00 in United States Currency,

Ruchin Patel,

Appellant

_____

Appeal from District of Nebraska - Omaha
(8:08-cv-00193-TDT)
_____

## MANDATE

In accordance with the judgment of 11/12/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 12, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit